[No. 8532–5–III.  Division Three.  April 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL K. SHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 86–8–00107–1, Jo Anne Alumbaugh, J., entered April 23, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green, J., Thompson, J., dissenting.

[No. 8243–1–III.  Division Three.  April 28, 1988.]

TOMMY UNDERWOOD, *Appellant,* v. IOWA BEEF PROCESSORS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–00152–1, Dennis D. Yule, J., entered November 13, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8485–0–III.  Division Three.  April 28, 1988.]

STEPHANIE A. WALLACE, *Respondent,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–05043–9, Michael E. Donohue, J., entered March 13, 1987. *Reversed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J. Now published at 51 Wn. App. 787.